# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

### CIVIL MINUTES -REOPENING/CLOSING

Case No. __2:23-cv-00701-MEMF (JCx)__     Date __August 20, 2024__

Title: __Liparit Karapetyan v. Kia America, Inc.__

Present: The Honorable __Maame Ewusi-Mensah Frimpong__

| Damon Berry | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

N/A     N/A

Proceedings: ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated __08/12/2024 ECF No. 21__.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____.

Initials of Preparer __DBE__